IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division



FILED
FEB - 8 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CHADRICK DEWAYNE JAMES, )<br>  a/k/a "CHADRICKS JAMES" )<br>  a/k/a "CHAD JAMES" )<br>  a/k/a "MISSISSIPPI CHADRICK" )<br>)<br>Defendant. ) | Case No. 1:19-mj-68 |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Officer Mirko O. Peña, being duly sworn, state the following:

1. I entered on duty with the Security Protective Service ("SPS") of the Central Intelligence Agency ("CIA") in April 2011. I graduated from the Federal Law Enforcement Training Center ("FLETC") in May 2012. Following my graduation, I received an additional eight weeks of CIA-specific training prior to being assigned as an officer at various CIA installations.

2. This affidavit is submitted in support of a criminal complaint charging CHADRICK DEWAYNE JAMES with criminal trespass at the George Bush Center for Intelligence in McLean, Virginia ("CIA Headquarters"), in violation of 32 C.F.R. § 1903.7(a), which prohibits entering or remaining on any CIA installation without proper authorization.

3. The facts and information contained in this affidavit are based upon my personal knowledge and observations during the course of this investigation, information conveyed to me by other individuals, including law enforcement officers, and my review of records, documents,

and other physical evidence obtained during the investigation. This affidavit contains information necessary to support probable cause, and it is not intended to include each and every fact and matter observed by me or known to the government.

4. On Thursday, February 7, 2019, at approximately 11:00 a.m., security monitors at CIA Headquarters in McLean, Virginia, within the Eastern District of Virginia, showed a taxicab approach the facility and drop off a passenger. The passenger of the taxicab was later identified as CHADRICK DEWAYNE JAMES, who voluntarily provided his South Dakota Identification Card to my colleagues. One of my colleagues, Officer Pack, stated that he recognized the defendant from prior incidents at CIA Headquarters. Upon approach to the main entrance of CIA Headquarters, the defendant passed a sign which read in relevant part:

> WARNING
>
> RESTRICTED
>
> U.S. GOVERNMENT
>
> INSTALLATION
>
> EMPLOYEES AND OFFICIAL
>
> VISITORS ONLY
>
> IT IS UNLAWFUL TO ENTER
>
> OR ATTEMPT TO ENTER
>
> THIS INSTALLATION WITHOUT
>
> PROPER AUTHORIZATION
>
> 32 C.F.R. 1903

5. Officer Pack approached the defendant to inquire about his business at the CIA. The defendant stated that he wanted to speak with intelligence officers about removing implants

from his head, and devices attached to his umbilical cord. The defendant stated that he has something inside of him that transmits signals.

6. On three prior occasions – in January 2015, November 2015, and February 2017 – the defendant trespassed at CIA Headquarters. Records from those incidents note that the defendant expressed similar concerns about having a communication device in his brain.

7. Officers asked the defendant to voluntarily leave the premises, but he refused, stating that he wanted to be arrested if that was necessary to meet with a federal judge.

8. Based on the foregoing, I submit there is probable cause to believe that on or about February 7, 2019, within the Eastern District of Virginia, CHADRICK DEWAYNE JAMES did enter or remain on a CIA installation without authorization, in violation of 32 C.F.R. § 1903.7(a).

Officer Mirko O. Peña
Security Protective Service
Central Intelligence Agency

Subscribed and sworn to before me
This 8th day of February 2019.

_____/s/_____
Ivan D. Davis
United States Magistrate Judge